UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONNIE JACKSON,<br><br>            Petitioner,<br><br>   v.<br><br>JOSE MARTINEZ,<br><br>            Respondent. | No. 2:17-cv-1311 CKD P<br><br><br>ORDER |

     Petitioner is a California prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has filed a motion asking permission to engage in discovery. Under Rule 6 of the Rules Governing Section 2254 Cases, the court can grant leave to conduct discovery based upon a showing of good cause.

     Petitioner seeks his own medical records which he alleges are in the possession of the San Joaquin County District Attorney. He asserts he requires the documents for "perfection of his traverse." Petitioner fails to indicate in what manner he believes the records will assist in presenting his claims to the court. Further, petitioner has already filed his traverse. For these reasons, petitioner's motion will be denied.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that petitioner's September 21, 2017 motion for leave to engage in discovery (ECF No. 17) is denied.

Dated: December 5, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] jack1311.dsc