UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONNIE JACKSON,<br><br>        Petitioner,<br><br>   v.<br><br>JOSE MARTINEZ,<br><br>        Respondent. | No.  2:17-cv-1311 TLN CKD P<br><br><br><br>ORDER |

Petitioner requests an extension of time to file a reply brief concerning his October 28, 2021 "motion to alter or amend judgment." Good cause appearing IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 40) is granted.

2. Petitioner is granted until January 14, 2021 to file a reply brief concerning his October 28, 2021 "motion to alter or amend judgment.

Dated:  January 3, 2022

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
jack1311.mfr.ext