UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONNIE JACKSON,<br><br>        Petitioner,<br><br>    v.<br><br>JOSE MARTINEZ,<br><br>        Respondent. | No. 2:17-cv-01311-TLN-CKD<br><br>**ORDER** |

Petitioner, a California prisoner proceeding *pro se*, has filed a motion asking the Court to reconsider its October 13, 2021 order denying his petition for a writ of habeas corpus. A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). *See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Id.* at 1263.

Petitioner does not present newly discovered evidence and there has not been a change in the law. Furthermore, the Court finds that, after a *de novo* review of this case, the decision to deny the petition for a writ of habeas corpus is not clearly erroneous nor manifestly unjust.

///

///

1

1  Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for reconsideration
2  (ECF No. 40) is DENIED.
3  DATED: January 28, 2022

_____
Troy L. Nunley
United States District Judge

2